IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                  CASE NO. 4:11CR000250 JMM

JOSE RUBEN VALERIO-SALDANA;

ADH ENTERPRISES, INC,
D.B.A. EL TRESS AMIGOS RESTAURANT;

FSZ OF BATESVILLE, INC,
D.B.A. EL TRES AMIGOS RESTAURANT;

FSZ, INC,
D.B.A. EL TRES AMIGOS RESTAURANT;

FSZ OF ROSE BUD, INC.,
D.B.A. ELTRES AMIGOS RESTAURANT;

FELIPE SALDANA-ZAVALA; AND

J. JESUS SALDANA-ZAVALA

## ORDER

The United States of America's Motion to Dismiss the Indictment against ADH Enterprises, Inc., d.b.a. EL TRES AMIGOS Restaurant, FSZ of Batesville, Inc., d.b.a. EL TRES AMIGOS Restaurant, FSZ, Inc., d.b.a. EL TRES AMIGOS restaurant, FSZ of Rose Bud, Inc., d.b.a. EL TRES AMIGOS Restaurant, Felipe SALDANA-Zavala, and J. Jesus SALDANA-Zavala is granted (#77). The indictment against ADH Enterprises, Inc., d.b.a. EL TRES AMIGOS Restaurant, FSZ of Batesville, Inc., d.b.a. EL TRES AMIGOS Restaurant, FSZ, Inc., d.b.a. EL TRES AMIGOS restaurant, FSZ of Rose Bud, Inc., d.b.a. EL TRES AMIGOS Restaurant, Felipe SALDANA-Zavala, and J. Jesus SALDANA-Zavala returned by the Grand Jury for the Eastern District of Arkansas on November 1, 2011, is hereby dismissed.

IT IS SO ORDERED this  7  day of June, 2012.


                                              _____
                                              James M. Moody
                                              United States District Judge