IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.   CASE NO. 4:11cr00250-01 JMM

JOSE RUBEN VALERIO-SALDANA

ORDER

Due to a clerical error, the judgment entered June 20, 2012 (DE #85), is amended to include the forfeiture agreed to in the Plea Agreement, as set forth in the Superseding Information.

The Defendant shall forfeit his interest in the following:

a) 1.131 acres located on Case Ford Road, Heber Springs, AR 72543

b) $681.00 in U.S. Currency seized from El Tres Amigos in Heber Springs

c) $1,999.00 in U.S. Currency seized from El Tres Amigos in Batesville

d) $6,767.00 in U.S. Currency seized from El Tres Amigos in Rose Bud

e) $4,009.15 in U.S. Currency seized from Jose R. Valerio-Saldana

f) $125.00 U.S. Currency seized from Ford F-350

g) $ 6,891.37 seized from First Security Bank for bank account of El Tres Amigos

h) $ 5,122.55 seized from First Security Bank for bank account of El Tres Amigos

i) $11,320.20 seized from Bank of America for bank account of El Tres Amigos

j) $930.00 seized from Bank of America for bank account of El Tres Amigos

k) $2,619.92 seized from Heber Springs State Bank for bank account of El Tres Amigos

l) One 2007 FORD F-350 VIN# 1FTWW33P77EB03903

m) One 2003 H2 HUMMER VIN# 5GRGN23U33H131308

n) One Sony Laptop Computer serial # 275278373026590

o) One Sony Laptop Computer serial # 275288898008688

p) One Apple IPhone serial # 841131BAA4T

q) One Apple Laptop serial # W8030CVHAGU w/ powercords

r) Two Seagate Hard Drives

s) Three Thumb Drives

t) Three Memory Cards

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Service and the Financial Section of the Clerk's Office.

IT IS SO ORDERED THIS 21st day of June, 2012.

_James M. Moody_
UNITED STATES DISTRICT JUDGE